# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY ZULAUF AND JASON ZULAUF,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO.:<br>1:11-cv-01784-WSD |
| JEFF DACOSTA, ANDREW ROCHESTER, and MICHAEL SAMUELS,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00717-WSD |
| ANTHONY FIERRO, EUGENE KUEHNIS, DANIEL MURAIRA, RICHARD THOMAS, PAUL FERGONISE, AARON BLAKE, JEFFERY ESTES, and ALBERTO VELEZ,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERISAVE MORTGAGE CORPORATION, | CIVIL ACTION NO.:<br>1:13-cv-00718-WSD |

Page **1** of **8**

| | |
|---|---|
| Defendant. | |
| RODNEY ATKINSON, GUY LAMURA, HA LE DAO, SARA VANDERVER, RICHARD GOLDSTONE, PAUL MCDONALD, THOMAS WOLF, JOHN NOH, and SAMMIE BUCKHANNON, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>AMERISAVE MORTGAGE CORPORATION, <br><br>　　　　Defendant. | CIVIL ACTION NO.: 1:13-cv-720-WSD |
| BERTINA MERCADO, JAMES BRUCE, JAMES PERFILIO, and ASHLEY AUGUSTIN, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>AMERISAVE MORTGAGE CORPORATION, <br><br>　　　　Defendant. | CIVIL ACTION NO.: 1:13-cv-00721-WSD |
| PATRICK NEWBOLD, ED ZAIDI and JEREMY LADNER, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>AMERISAVE MORTGAGE CORPORATION, | CIVIL ACTION NO.: 1:13-cv-00722-WSD |

| | |
|---|---|
| Defendant. | |
| PATRICK KELLEY, TROY STEFFEN and RICHARD JASPER,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00723-WSD |
| STEPHANIE CANAS and STEVEN ALHADEFF,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00724-WSD |
| CYNTHIA AMBORSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00725-WSD |
| WILLIAM HAYES, ADA CARIO, OMAR COICOCHEA and JERRY VICHALES,<br><br>    Plaintiffs, | |

| | |
|---|---|
| v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00728-WSD |
| HOWARD WOLFFS, BLAIN ROSENBERY, DEBORAH RAU, CLINT CREBBIN, MICHAEL KEMPTER and ERIC LEVINE,<br><br>    Plaintiffs,<br>v.<br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:13-cv-00733-WSD |
| TONY AKINS, SCOTT BLATTMANN, SHAWN CUNANAN, TODD KANGAS and CHRISTIAN PENNEY,<br><br>    Claimants,<br>    v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>    Respondent. | AAA No. 30 160 00236 13 |
| LARRY ANDERSON, CHARLES BLAIR, JOHN CAFFERY, THOMAS DEMARIA, SHANE FEENEY, KEARY HAYES and MICHELLE PALLANTE-BECK,<br><br>    Claimants,<br>    v. | |

Page **4** of **8**

| | |
|---|---|
| AMERISAVE MORTGAGE CORPORATION,<br><br>  Respondent. | AAA No.  30 160 00237 13 |
| MARK ATKINSON, ROBERT NASSANEY, and NICHOLAS VUJNOVICH,<br><br>  Claimants,<br> v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>  Respondent. | AAA No.  30 160 00239 13 |
| MATTHEW BRODER, PAUL JACKSON, KEITH LEIN, JACOB SANDERS, BILLY SANDERS and TYLER TINDALL,<br><br>  Claimants,<br> v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>  Respondent. | AAA No. 30 160 00240 13 |
| STEPHEN BRYAN, MICHAEL DIAZ, MOKI HILL, MARSHA LEQUEX, GREG LEQUEX, ANTHONY MCCALLAHAN, KATHRYN PISANI and KYLE ZOTTER,<br><br>  Claimants,<br> v. | |

Page 5 of 8

| | |
|---|---|
| AMERISAVE MORTGAGE CORPORATION,<br><br>   Respondent. | AAA No. 30 160 00241 13 |
| RYAN GUM, BARBARA LATHROP, PAMELA MICHNO, JAMES SHEDRICK and WILLIAM WEAVER,<br><br>   Claimants,<br> v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>   Respondent. | AAA No. 30 160 00243 13 |
| LISA LEMARIE and JASON TAYLOR,<br><br>   Claimants,<br> v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>   Respondent. | AAA No. 30 160 00245 13 |
| RANDY HOOPES, ROBERT LUNA, SCOTT NEWPOFF, STEPHEN VICINO, JAMES WADE and KAL WAYMAN,<br><br>   Claimants,<br> v.<br><br>AMERISAVE MORTGAGE CORPORATION, | AAA No: 30 160 00244 13 |

| | |
|---|---|
| Respondent. | |
| ERIC MCGOWAN,<br><br>Claimant,<br>v.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Respondent. | AAA No. 30 160 00246 0013 |

# ORDER APPROVING SETTLEMENT

This Cause having come before this court pursuant to a Joint Motion for Approval of Settlement brought by all parties in the above-referenced actions, and the Court having considered the same, reviewed all documents related to the settlement of this matter, and being otherwise fully advised, finds that all matters in controversy and dispute between all Plaintiffs and all Complainants in the above referenced matters, identified as Jeffrey Zulauf, Jason Zulauf, Jeff Dacosta, Andrew Rochester, Michael Samuels, Anthony Fierro, Eugene Kuehnis, Daniel Muraira, Richard Thomas, Paul Fergonise, Aaron Blake, Jeffery Estes, Alberto Velez, Rodney Atkinson, Guy Lamura, Ha Le Dao, Sara Vanderver, Richard Goldstone, Paul Mcdonald, Thomas Wolf, John Noh, Sammie Buckhannon, Bertina Mercado, James Bruce, James Perfilio, Ashley Augustin, Patrick Newbold, Ed Zaidi, Jeremy Ladner, Patrick Kelley, Troy Steffen, Richard Jasper, Stephanie

Canas, Steven Alhadeff, Cynthia Amborski, William Hayes, Ada Cario, Omar Coicochea, Jerry Vichales, Howard Wolffs, Blain Rosenbery, Deborah Rau, Clint Crebbin, Michael Kempter, Eric Levine, Tony Akins, Scott Blattmann, Shawn Cunanan, Todd Kangas, Christian Penney, Larry Anderson, Charles Blair, John Caffery, Thomas DeMaria, Shane Feeney, Keary Hayes, Michelle Pallante-Beck, Mark Atkinson, Robert Nassaney, Nicholas Vujnovich, Matthew Broder, Paul Jackson, Keith Lein, Jacob Sanders, Billy Sanders, Tyler Tindall, Stephen Bryan, Michael Diaz, Moki Hill, Marsha LeQuex, Greg LeQuex, Anthony McCallahan, Kathryn Pisani, Kyle Zotter, Ryan Gum, Barbara Lathrop, Pamela Michno, James Shedrick, William Weaver, Lisa LeMarie, Jason Taylor, Randy Hoopes, Robert Luna, Scott Newpoff, Stephen Vicino, James Wade, Kal Wayman and Eric McGowan and Defendant/Respondent Amerisave Mortgage Corporation have been fully settled by and between the Parties, so therefore it is:

    **ORDERED AND ADJUDGED** that the Parties Joint Motion for Approval of Settlement is **GRANTED**.

    **DONE AND ORDERED** this _____ day of _____, 2013.

                                         _____
                                          William S. Duffey, Jr.
                                          U.S. DISTRICT COURT JUDGE

<u>Copies furnished to</u>:
Counsel of Record